**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Naomi Levelle-Haslitt**, OSB No. 075857
naomi.levelle-haslitt@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| WHITNEY ANNE-MARIE ORLANDO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PORTLAND STATE UNIVERSITY, an Oregon public university, and MARCIA KLOTZ<br><br>　　　　　　Defendants. | CV No. 3:13-cv-1649<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 USC §§ 1331, 1441 and 1446 (FEDERAL QUESTION) |

TO:　　THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND DIVISION:

　　　　Pursuant to 28 USC §§ 1331, 1441 and 1446, defendants Portland State University and Marcia Klotz, hereby give notice of removal of the action entitled <u>Whitney Anne-</u>

Page 1 -　Notice of Removal of Action Under 28 USC §§ 1331, 1441 and 1446 (Federal Question)

PDXDOCS:2013512.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

<u>Marie Orlando v. Portland State University, an Oregon public university, and Marcia Klotz</u>, Case No. 1308-12007, pending in the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon, Portland Division.

## BASIS FOR REMOVAL

1. On or about August 19, 2013, plaintiff filed a complaint against defendants in which she asserted a claims under ORS 659A.403, 20 USC § 1681 (Title IX), and common law claims for negligence and intentional infliction of emotional distress.

2. On August 19, 2013, plaintiff served the summons and complaint on Portland State University. On September 12, 2013, plaintiff served the summons and complaint on Marcia Klotz. Copies of all process, pleadings, and orders served on defendants are attached to this notice as Exhibit 1. Defendants have taken no action in the Circuit Court for the County of Multnomah that would prejudice their right to removal.

3. Pursuant to 28 USC § 1446, this notice of removal is timely filed within 30 days after service of the summons and complaint on both defendants.

4. This action is one over which this court has original jurisdiction under 28 USC § 1331 because this court has federal question jurisdiction over plaintiff's claim under 20 USC § 1681 (Title IX). Thus, this action is removable under 28 USC § 1441(a).

5. This action may be removed to this court by the defendants, pursuant to the provisions of 28 USC § 1441(a) and according to the procedure under 28 USC § 1446.

6. Promptly after filing this notice of removal, defendants will serve a copy upon plaintiff and will file a copy with the Clerk of the Circuit Court of Multnomah County, Oregon.

Page 2 -   Notice of Removal of Action Under 28 USC §§ 1331, 1441 and 1446 (Federal Question)

PDXDOCS:2013512.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

WHEREFORE, defendants remove the above-entitled action now pending in the Circuit Court of Multnomah County, State of Oregon, to the United States District Court for the District of Oregon.

DATED this 18th day of September, 2013.

MILLER NASH LLP

/s/ Naomi Levelle-Haslitt
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Naomi Levelle-Haslitt, OSB 075857
naomi.levelle-haslitt@millernash.com
Phone: (503) 224-5858; Fax: (503) 224-0155

Attorneys for Defendants

Page 3 -   Notice of Removal of Action Under 28 USC §§ 1331, 1441 and 1446 (Federal Question)

PDXDOCS:2013512.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Removal of Action Under 28 USC §§ 1331, 1441 and 1446 (Federal Question) on:

> Mr. Bear Wilner-Nugent
> Attorney at Law
> 621 S.W. Morrison Street, Suite 1250
> Portland, Oregon  97205
> bwnlaw@gmail.com
> Facsimile:  (503) 323-7356
>
> Attorney for Plaintiff

by the following indicated method or methods on the date set forth below:

- [x] **CM/ECF system transmission.**

- [ ] **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

- [ ] **Facsimile communication device.**

- [ ] **First-class mail, postage prepaid.**

- [x] **Hand-delivery.**

- [ ] **Overnight courier, delivery prepaid.**

DATED this 18th day of September, 2013.

/s/ Naomi Levelle-Haslitt
Naomi Levelle-Haslitt, OSB No. 075857

Of Attorneys for Defendants

Page 1 -   Certificate of Service

PDXDOCS:2013512.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204