IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WHITNEY ANNE-MARIE ORLANDO, <br><br> Plaintiff(s), <br><br> v. <br><br> PORTLAND STATE UNIVERSITY, et al., <br><br> Defendant(s). | Civil No. 03:13-cv-01649-PK <br><br> **ORDER OF DISMISSAL** |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is DISMISSED with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are DENIED AS MOOT.

Dated this 19th day of May, 2014.

by _____
Paul Papak
United States Magistrate Judge